In the Matter of the Claim of MARGARET McPADDEN, Respondent, against ST. GEORGE'S CHURCH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified by substituting nine dollars and two cents in the place and stead of eleven dollars and two cents, and as so modified unanimously affirmed. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARY S. McNICHOLS, Respondent, against MASTERS SCHOOL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MYRTLE H. MYERS, Appellant, against BLOUNT LUMBER COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOSEPH WEBBER, Respondent, against JOSEPH W. LYND and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of STEVE BLACH, Respondent, against CONTACT PROCESS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of HANNAH BENTLEY, Respondent, against R. HOE & Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.* — Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Whitmyer, Hill and Hasbrouck, JJ., concur; Davis, J., dissents on the ground that the causal relation between the operation for hernia and the erysipelas and pernicious anæmia and tumor, with resultant enlargement of the spleen, has not been established, and votes to remit the claim to the State Industrial Board.

In the Matter of the Claim of H. L. BRISBANE, Respondent, against T. S. O'BRIEN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JAMES W. MOSSMAN, Respondent, against CORCORAN & FITZGERALD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.